**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 29 EAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HECTOR G. GONZALES, | : | |
| | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 30 EAL 2023 |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HECTOR G. GONZALES, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.